# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN CARUSO and RICHARD CARUSO, | ) | |
| Plaintiffs, | ) | Civil Action No. 15-505 |
| | ) | |
| v. | ) | Magistrate Judge Robert C. Mitchell/ |
| | ) | District Judge Nora Barry Fischer |
| DARDEN RESTAURANTS, INC., | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

**NORA BARRY FISCHER**, United States District Judge.

The present action was removed to this Court on April 16, 2015 from the Court of Common Pleas of Westmoreland County. The case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

Plaintiff Colleen Caruso submitted a motion to remand this case to state court [ECF No. 8] on June 5, 2015. The Magistrate Judge's Report and Recommendation [ECF No. 13] filed July 21, 2015 recommended that Plaintiff's motion be denied. Service of the Report and Recommendation was made on all parties. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2 they had until August 5, 2015 to file any objections. As of this date, no objections have been filed.

Accordingly, after a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 10th day of August, 2015, IT IS HEREBY ORDERED that Plaintiff's Motion to Remand [ECF No. 8] is denied.

1

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

By the Court,

s/Nora Barry Fischer
The Honorable Nora Barry Fischer
United States District Judge

cc/ecf: All Counsel of Record

The Honorable Robert C. Mitchell
United States District Court
Western District of Pennsylvania